IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE FOREIGN EXCHANGE BENCHMARK RATES ANTITRUST LITIGATION | Docket No. 13-cv-7789 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Consolidated Plaintiff United Food and Commercial Workers Union and Participating Food Industry Employers Tri-state Pension Fund in this action. I certify that I am admitted to practice in this Court.

Dated: April 20, 2015

        LOWEY DANNENBERG COHEN & HART, P.C.

        Respectfully submitted,

        By: /s/ Barbara J. Hart
            Barbara J. Hart
            White Plains Plaza – Suite 509
            One North Broadway
            White Plains, NY 10601
            Email: bhart@lowey.com

        *Attorney for Plaintiff United Food and Commercial Workers Union and Participating Food Industry Employers Tri-state Pension Fund*